UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH MATTAIR, on his own behalf
and on behalf of those similarly situated,

    Plaintiff,                                         CASE NO:

v.

FRANK AND MANNY'S HARBOR SIDE,
LLC, a Florida limited liability company,
and MANUEL PAPADOPOULOS, an
Individual,

    Defendants.
_____/

## NOTICE OF FILING NOTICE OF CONSENT TO JOIN

Plaintiff, KENNETH MATTAIR, gives notice of filing the attached Notice of Consent to Join.

Dated this 24th day of February, 2014.

Angeli Murthy, Esquire
FLBN: 088758
MORGAN & MORGAN, P.A.
600 N. Pine Island Road, Suite 400
Plantation, FL 33324
Telephone: 954-318-0268
Facsimile: 954-327-3016
E-mail: AMurthy@forthepeople.com
*Trial Attorneys for Plaintiff*

## NOTICE OF CONSENT TO JOIN

Pursuant to 29 U.S.C. § 216(b), I, __Kenneth Mattair__, consent to become a party plaintiff in this action.

__8·6·17__
DATE

__[signature]__
CLIENT SIGNATURE

(M&M form #80)